JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOPHIA SADLOWSKI, an individual,<br><br>                                    Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., A<br>Delaware Corporation; and DOES 1-10,<br>inclusive;<br><br>                                    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: SACV10-00382-JVS<br>(FMOx)<br><br><br>**ORDER  DISMISSING<br>COMPLAINT, AND THE<br>ACTION IN ITS ENTIRETY** |

Based upon the stipulation between the parties, through their respective counsel, the Court dismisses the Complaint and the entire action with prejudice, with each Party to bear its own fees and costs.

IT IS SO ORDERED.


Dated: June 10, 2010          By:   _____
                                                 Honorable James V. Selna
                                                 United States District Court Judge

-1-
_____